IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


SHELLY M. SELVA,

        Plaintiff,

  vs.                            Civil Action 2:14-cv-2653
                                   Judge Marbley
                                   Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.


ORDER

    On September 14, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, ECF 18. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF 18, is **ADOPTED AND AFFIRMED.** The decision of the Commissioner is **AFFIRMED**. This action is hereby **DISMISSED**.

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).


                        s/Algenon L. Marbley
                          Algenon L. Marbley
                United States District Judge